AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMES GREGORY STONE

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-62 AND CR205-13

UNITED STATES OF AMERICA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order entered November 1, 2006, adopting the Magistrate Judge's Report and Recommendation granting Respondent's Motion to Dismiss; judgment of dismissal is hereby entered and this case stands dismissed

November 1, 2006
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03